UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREDDIE L. SAWYER, &
FREDDIE WILSON JR.,

      Plaintiffs,

v.

SMITHSONIAN INSTITUTION,
NATIONAL MUSEUM OF THE
AMERICAN INDIAN &
NATIONAL MUSEUM OF AFRICAN
AMERICAN HISTORY,

      Defendants.

Case No.
(Milwaukee County Circuit Court
Case No. 25-CV-3442)

---

## NOTICE OF REMOVAL

---

Defendants, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Chris R. Larsen, Assistant United States Attorney for said district, respectfully represent:

1. There is now pending before the Milwaukee County Circuit Court, a matter captioned as *Freddie L Sawyer et al v. Smithsonian Institution National Museum of the American Indian et al*, Case Number 25-CV-3442 (the "State Court Action"). A true and correct copy of the summons and complaint is attached and marked as **Exhibit A**.

2. The complaint names the National Museum of the American Indian Smithsonian Institution and the National Museum of the African American History and Culture Smithsonian Institution as defendants. Plaintiffs allege in their complaint defendants have committed (i) "the

act of fraud on removing or deceiving people on this land (America) the rightful heirs"; (ii) "the act of identity theft, to rename or classified [*sic*] as another race that has no substance in the colorable [*sic*] of law"; and (iii) "the act to eliminate, an insidious plan to erase Aboriginal people from their land by displaying waxed dolls and statue of another race and falsification to the Aboriginal to a race that does not exist etc.".

3. Title 28 U.S.C. § 1442(a)(1) provides in relevant part that a civil action "that is commenced in a State Court and that is directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office. . . ." Removal of this action is authorized by 28 U.S.C. § 1442(a)(1), because plaintiffs have named two museums of the Smithsonian Institution as defendants[1].

4. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Milwaukee County, Wisconsin and is being served on plaintiffs. *See* 28 U.S.C. §§ 1446(a), (d), and (g). The Circuit Court of Milwaukee County, Wisconsin is located within the jurisdiction of this Court.

---

[1] Although the Smithsonian is not an executive branch agency, as an independent establishment of the United States it shares sovereign immunity of the United States from lawsuits, unless such suits are authorized by Congress under specific statutes, such as the Federal Torts Claim Act. *See Girdler v. United States*, 923 F. Supp. 2d 168, 186 (D.C. Cir. 2013); *Expeditions Unlimited Aquatic Centers, Inc. v. Smithsonian Institution*, 566 F.2d 289, 296–99 (D.C. Cir. 1977); *see also In re Subpoena In Collins*, 524 F.3d 249, 251 (D.C. Cir. 2008) (concluding the Smithsonian is an agency of the United States under § 1442(a)(1)).

WHEREFORE, the action now pending in the Milwaukee County Circuit Court should be removed to the United States District Court for the Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 25th day of August 2025.

                      Respectfully submitted,

                      RICHARD G. FROHLING
                      Acting United States Attorney

By:    s/Chris R. Larsen
        CHRIS R. LARSEN
        Assistant United States Attorney
        Wisconsin Bar Number: 1005336
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-4394
        E-Mail: chris.larsen@usdoj.gov