30106-Intentional Tort

25CV003442

## AFFIDAVIT OF PERJURY, FRAUDULENT; STOLEN IDENTITY
An insidious plan to eliminate Indigenous people from their land

*Plaintiff*
Sawyer, Freddie L & Wilson, Freddie JR
5267 North 47th St.
Milwaukee, WI [0000]
414-313-6413

    Lawsuit for $1,000,000,0000 Dollars.  30106 - Intentional Tort

VS

*Defendant*
National Museum of the American Indian
Smithsonian Institution
4th ST SW, Washington, DC 20560
202-633-1000

**HON. BRITTANY GRAYSON BR. 16**
**CIVIL I**



FILED
Civil Division
APR 21 2025
ANNA MARIA HODGES
Clerk of Circuit Court

&

National Museum of African American History
And Culture
Smithsonian Institution
1400 Constitution Ave. NW, Washington, DC 20560
1-844-750-3012

ORDER SIGNED WAIVING COSTS



EXHIBIT A

30106-Intentional Tort

2

25CV003442

## AFFIDAVIT OF PERJURY, FRAUDULENT;STOLEN IDENTITY
### An insidious plan to eliminate Indigenous people from their land

*Summons:*

I, Sawyer, Freddie L & Wilson Freddie L ; pursuing this legal proceedings towards the Defendant, NATIONAL MUSEUM of the American Indian Smithsonian Institution and the National Museum of African American History And Culture Smithsonian Institution. For an insidious act or plan to erase or eliminate the Aboriginal people of their nobility, inheritance culture and most important of all taking their most valuable resources (land).

*Complaint:*

Reasons for legal action for compensation:

The act of fraud on removing or deceiving people on this land (America) the rightful heirs.

The act of identity theft, to rename or classified as another race that has no substance in the colorable of law.

The act to eliminate; an insidious plan to erase Aboriginal people from their land by displaying waxed dolls and statue of another race and falsification to the Aboriginal to a race that does not exist etc.

These are some of the acts and insidious plan that these institutions are willing hide the true identity from stolen people who are the rightful Heirs. As an Aboriginal to this land Tameri (America) this case I Sawyer Freddie L.; will acknowledge and proceed with lawsuit of the amount of one billion dollars. For the suffering, pain; the display and stain of mental health of emotions physical, spiritual, mental, and material to the people of the Aboriginal land (America) who are wrongly classified as African American, Negro, Mulatto and color etc. Nor willing to say my true identity and Aboriginal name; Sawyer, Freddie L ; AKA Chief (Ha 'Da 'Lun' Ptah) Aboriginal to this Americans. Court proceedings will be on July the 8th 2025 to resolve this issue.



FILED
Civil Division
APR 21 2025
ANNA MARIA HODGES
Clerk of Circuit Court

Plaintiff:

Sawyer, Freddie L. AKA Chief (Ha' Da' Lun 'Ptah)

Wilson Jr., Freddie Joseph

5267 North 47th St