UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREDDIE L. SAWYER, &
FREDDIE WILSON JR.,

    Plaintiffs,

v.

SMITHSONIAN INSTITUTION,
NATIONAL MUSEUM OF THE
AMERICAN INDIAN &
NATIONAL MUSEUM OF AFRICAN
AMERICAN HISTORY,

    Defendants.

Case No.
(Milwaukee County Circuit Court
Case No. 25-CV-3442)

---

## CERTIFICATE OF SERVICE

---

    I, CHRIS R. LARSEN, Assistant United States Attorney for the Eastern District of Wisconsin, electronically filed the NOTICE OF REMOVAL, ATTACHED STATE COURT SUMMONS AND COMPLAINT, and CIVIL COVER SHEET with the United States District Court for the Eastern District of Wisconsin. The persons listed below will be mailed a copy of the above in a properly addressed postage-paid envelope on the 25th day of August 2025:

    Freddie L. Sawyer
    5267 North 47th Street
    Milwaukee, WI 53218

    Freddie Wilson Jr.
    5267 North 47th Street
    Milwaukee, WI 53218

    Dated at Milwaukee, Wisconsin, this 25th day of August 2025.

       Respectfully submitted,

       RICHARD G. FROHLING
       Acting United States Attorney

By:    s/Chris R. Larsen
       CHRIS R. LARSEN
       Assistant United States Attorney
       Wisconsin Bar Number: 1005336
       Office of the United States Attorney
       Eastern District of Wisconsin
       517 East Wisconsin Avenue, Room 530
       Milwaukee, Wisconsin 53202
       Telephone: (414) 297-1700
       Fax: (414) 297-4394
       E-Mail: chris.larsen@usdoj.gov